CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLARENCE RICE, et al., | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s), | DATE: AUGUST 23, 2005 |
| vs. | CASE NUMBER:  1:04CV2346 |
| EQUI CREDIT CORPORATION OF AMERICA, et al, | COURT REPORTER: |
| Defendant(s). | TYPE OF PROCEEDING: |

Per Attorneys Gary Cook and Monique Hall, the case is settled and dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE PATRICIA A. GAUGHAN